761 A.2d 323

**In re JAIME B.**

**No. 40, Sept. Term, 2000.**

Court of Appeals of Maryland.

Nov. 3, 2000.

Mary Ann Ince, Assistant Attorney General, (J. Joseph Curran, Jr., Attorney General of Maryland, on brief), Baltimore, for Petitioner.

Martha Weisheit, Assistant Public Defender, (Stephen E. Harris, Public Defender, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 3rd day of November, 2000,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.